UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Robert B. Kennedy
#20070052796

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

County of Cook
and
Thomas J. Dart
Sheriff of Cook County

08cv4612
JUDGE GUZMAN
MAGISTRATE JUDGE VALDEZ

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

☒ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

____ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

____ OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

   A. Name: Robert B. Kennedy

   B. List all aliases: none

   C. Prisoner identification number: #20070052796

   D. Place of present confinement: Cook County Dept. of Corrections

   E. Address: P.O. Box 089002, Chicago Il. 60608

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: County of Cook

      Title: none

      Place of Employment: Cook County Jail

   B. Defendant: Thomas J. Dart

      Title: Sheriff of Cook County

      Place of Employment: _____

   C. Defendant: _____

      Title: _____

      Place of Employment: _____

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: __08 L 5717__

B. Approximate date of filing lawsuit: __May 23, 2008__

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: __Robert B. Kennedy__

D. List all defendants: __County of Cook, Thomas J. Dart__

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): __Cook County__

F. Name of judge to whom case was assigned: __Unknown__

G. Basic claim made: __Damage to lower back, permanent scar on back, severe pain from siatic nerve in leg__

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): __Pending__

I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

IV.　**Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On May 13, 2008, I, Robert B. Kennedy was lying in my bed, number 30, in Cook County Jail, Division 8, Dorm B2, sleeping. As I was sleeping, a large portion of ceiling collapsed and struck me while I was lying on my stomach. These objects which struck me while I slept, hurt me, especially in the lower back area. I was taken to Cook County (Stroger) Hospital for my injuries. The only remedy for my injuries have been pain medications in a pill application. My back still hurts me especially when I walk. I also have a permanent scar on my lower back which occurred due to the sharp metal divider from the collapsing ceiling.

V.  Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I feel that the defendants were responsible for my injuries. I also feel that I should be granted court costs that I will be charged for this law suit as well as payment for pain and suffering due to the incident. I am seeking $25,000 for pain and suffering.

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 8th day of August, 20 08

_Robt B. Kenny_
(Signature of plaintiff or plaintiffs)

Robert B. Kennedy
(Print name)

#20070052796
(I.D. Number)

P.O. Box 089002
Chicago, Illinois
60608
(Address)

6

Revised 9/2007